IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARMANDO CASTANEDA,

    Plaintiff,                                     JUDGMENT IN A CIVIL CASE

v.                                                                                  13-cv-134-wmc

EDWARD F. WALL and TIM HAINES,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice as legally frivolous and for failure to state a claim upon which relief may be granted.

| /s/ | 7/19/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |